THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Daniel Nelson Gibbons, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No.  2012-UP-177  
 Submitted March 1, 2012  Filed March 14,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, and Daniel Nelson Gibbons, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Daniel
 Nelson Gibbons appeals his convictions for first-degree harassment and
 resisting arrest, arguing the trial court erred in allowing the State to play
 the entire video of his arrest twice when only a portion was relevant to the
 charge of resisting arrest.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.  
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.